UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Tradewinds v. Soros,
Coreolis v. Soros

08 CIV 5901 (JFK)
10 CIV 8175 (JFK)

------------------------------------X

Please be advised that the conference scheduled for November 7 at 11:00 am has been rescheduled to November 7, 2012 at 2:45 p.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

10-19-12

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-12